960

No. 634, Misc. THOMAS v. FURNESS (PACIFIC) LIMITED ET AL. C. A. 9th Cir. Certiorari denied. *Herbert Resner* for petitioner. *Farnham P. Griffiths* for respondents.

No. 651, Misc. McDONALD v. SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* for respondent.

No. 671, Misc. McCORMICK v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 681, Misc. HINTON v. REID, SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner.

No. 682, Misc. BRAMBLE v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 684, Misc. WESTBROOK v. RAGEN, WARDEN. Circuit Court of Christian County, Illinois. Certiorari denied.

No. 685, Misc. MAIMONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 687, Misc. KAMROWSKI v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 688, Misc. BASSINGER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.